IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OSCAR BOYD | : | |
| Plaintiff | : | Civil Case |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA | : | No. 11-02351 |
| Defendant | : | |

ORDER

**AND NOW**, this 22nd day of August, 2011, upon careful and independent consideration of the defendant's motion to dismiss (Doc. # 11), and after review of the thorough and well-reasoned Report and Recommendation of United States Magistrate Judge Linda K. Caracappa (Doc. # 13), it is hereby ORDERED that:

1. The plaintiff's objections to the report and recommendation of the United States Magistrate Judge (Doc. # 14) are OVERRULED;

2. The Report and Recommendation is APPROVED and ADOPTED; and

3. Defendants' motion to dismiss is GRANTED.

BY THE COURT:

/s/ LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.